| | | | |
|---|---|---|---|
| Indiana Department of Corrections v. Toomey | 49A02–1611–PL–2579 | 04/27/2017 | Transfer denied. All Justices concur, except Slaughter, J., who did not participate in the decision of this matter. |
| Lowrance v. State | 64 N.E.3d 935 | 04/27/2017 | Transfer denied. All Justices concur. |
| Koonce v. Finney | 68 N.E.3d 1086 | 04/27/2017 | Transfer denied. All Justices concur. |
| Gutierrez v. State | 77 N.E.3d 268 | 04/27/2017 | Transfer denied. All Justices concur. |
| Foster v. State | 77 N.E.3d 266 | 04/27/2017 | Transfer denied. All Justices concur. |
| Terrell v. England | 69 N.E.3d 955 | 04/27/2017 | Transfer denied. All Justices concur. |
| Cole v. State | 69 N.E.3d 552 | 04/27/2017 | Transfer denied. All Justices concur. |
| Whitenack v. State | 68 N.E.3d 1123 | 04/27/2017 | Transfer denied. All Justices concur. |
| Brittain v. State | 68 N.E.3d 611 | 04/27/2017 | Transfer denied. All Justices concur. |
| White v. State | 77 N.E.3d 265 | 04/27/2017 | Transfer denied. All Justices concur. |
| Wait v. State | 76 N.E.3d 200 | 04/27/2017 | Transfer denied. All Justices concur. |
| Starcher v. State | 66 N.E.3d 621 | 04/27/2017 | Transfer denied. All Justices concur. |
| Barbarossa v. Barbarossa | 69 N.E.3d 950 | 04/27/2017 | Transfer denied. All Justices concur. |
| Moses v. State | 77 N.E.3d 267 | 04/27/2017 | Transfer denied. All Justices concur. |
| Groth v. Pence | 67 N.E.3d 1104 | 04/27/2017 | Transfer denied. All Justices concur. |